UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Aaron H.,                                                   Civ. No. 22-670 (PAM/DTS)

          Plaintiff,

v.                                                                               **ORDER**

Carolyn Colvin, Acting Commissioner
of Social Security,

          Defendant.

___

This matter is before the Court on Plaintiff's sixth Motion to Stay his request for attorney's fees under 42 U.S.C. § 406(b). The Court has previously stayed the time limit for Plaintiff to seek attorney's fees days because Plaintiff had not yet received notice of his award for disability insurance benefits. (Docket Nos. 33, 36, 39, 42, 45.) Plaintiff has received a Notice of Award for the Title XVI benefits, but has not yet received any notice of an award for the Title II benefits or any potential award to Plaintiff's children, making the calculation of the attorney's fees due him impossible. Plaintiff has established that another stay of the deadlines for his motion for attorney's fees is appropriate.

Accordingly, **IT IS HEREBY ORDERED** that:

1.      Plaintiff's sixth Motion to Stay (Docket No. 46) is **GRANTED**;

2.      The deadline for a motion for attorney's fees under § 406(b) is **STAYED** for up to 90 days from the date of this Order; and

2

3.  Any motion for attorney's fees under § 406(b) shall be filed within 14 days of Plaintiff's receipt of the final notice of award.

Date: December 17, 2024              s/Paul A. Magnuson
                                                          Paul A. Magnuson
                                                        United States District Court Judge