UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Aaron H.,                                                    Civ. No. 22-670 (PAM/DTS)

        Plaintiff,

v.                                                                                **ORDER**

Martin O'Malley, Commissioner of Social
Security,

        Defendant.

---

This matter is before the Court on Plaintiff's sixth Motion to Stay his request for

attorney's fees under 42 U.S.C. § 406(b).  The Court has previously stayed the time limit

for Plaintiff to seek attorney's fees days because Plaintiff had not yet received notice of

his award for disability insurance benefits.  (Docket Nos. 33, 36, 39, 42, 48.)  Plaintiff

has still not received notice of that award or of any potential award to Plaintiff's children,

making the calculation of the attorney's fees due him impossible.   Plaintiff has

established that another stay of the deadlines for his motion for attorney's fees is

appropriate.

        Accordingly, **IT IS HEREBY ORDERED** that:

1.      Plaintiff's sixth Motion to Stay (Docket No. 49) is **GRANTED**;

2.      The deadline for a motion for attorney's fees under § 406(b) is **STAYED**

        for up to 90 days from the date of this Order; and

2

3.      Any motion for attorney's fees under § 406(b) shall be filed within 14 days

of Plaintiff's receipt of the final notice of award.

Dated: <u>March 24, 2025</u>                                    <u>s/ Paul A. Magnuson</u>
                                                               Paul A. Magnuson
                                                               United States District Court Judge